

130 East Randolph Street
Chicago, IL 60601-6206

www.peoplesgasdelivery.com

June 6, 2016

Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
**16 B 05160 Trustee**

Re:  Withdrawal of Claim #11
For Veronica Esper
Case # 16-05160

Dear Sirs,

     We are requesting the **immediate withdrawal** of our claim against the above mentioned client and case number.

Thank you in advance

 A.   Hernandez

Peoples Gas Light & Coke Co.